# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **POSITRON INTELLECTUAL PROPERTY, LLC,** | : | **CIVIL ACTION NO. 1:15-CV-2296** |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **TWILIO, INC.,** | : | |
| Defendant | : | |

## SHOW CAUSE ORDER

On December 1, 2015, a summons was issued in the captioned action. No return of service has been filed to date. Accordingly, **IT IS HEREBY ORDERED THAT** within fifteen (15) days of the date of this order Plaintiffs shall show cause why this action should not be dismissed for failure to serve the summons and complaint within 120 days pursuant to Federal Rule of Civil Procedure 4(m).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated:    April 5, 2016